**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-2236**

MONLOGNI CLEMENT MITOKPE,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A95-221-902)

Submitted:  July 18, 2007          Decided:  August 2, 2007

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Irena I. Karpinski, Washington, D.C., for Petitioner.  Peter D.
Keisler, Assistant Attorney General, Carol Federighi, Senior
Litigation Counsel, Stacey I. Young, UNITED STATES DEPARTMENT OF
JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monlogni Clement Mitokpe, a native and citizen of Togo, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reopen on the ground that it was untimely filed. See 8 U.S.C.A. § 1229a(c)(7)(C) (West 2005 & Supp. 2007) (establishing a ninety-day time limitation for filing a motion to reopen); 8 C.F.R. § 1003.2(c)(2) (2007) (same); INS v. Doherty, 502 U.S. 314, 323-24 (1992) (setting forth standard of review).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED